**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Beth A. Witherite <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-13496 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                      Respectfully submitted,

                                      **<u>/s/ Rebecca A. Solarz, Esq</u>**
                                      Rebecca A Solarz, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322