# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Beth A. Witherite**                                                                      Case No.  **18-13496**
                                         Debtor(s)                                                 Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 30, 2018**, a copy of the Second Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Mark J. Udren, Esquire**
**Woodcrest Corporate Center**
**111 Woodcrest Rd., Suite 200**
**Cherry Hill, NJ 08003-3620**

**PNC Bank, N.A.**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

**Rebecca Solarz, Esquire**
**KML Law Group, P.C.**
**Suite 5000**
**701 Market Street**
**Philadelphia, PA 19106-1532**

**Santander Consumer USA Inc.**
**P.O. Box 961245**
**Fort Worth, TX 76161-1245**

**Synchrony Bank**
**c/o PRA Receivables Management, LLC**
**P.O. Box 41021**
**Norfolk, VA 23541**

                                                                                  **/s/ David B. Spitofsky, Esquire**
                                                                                  **David B. Spitofsky, Esquire 55151**
                                                                                  **Law Office of David B. Spitofsky**
                                                                                  **516 Swede Street**
                                                                                  **Norristown, PA 19401**
                                                                                  **610-272-4555**
                                                                                  **spitofskylaw@verizon.net**