# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beth A. Witherite <br>    Debtor(s) <br><br> PNC Bank, National Association, its successors and/or assigns <br>    Movant <br>    vs. <br><br> Beth A. Witherite <br>    Debtor(s) <br><br> William C. Miller Esq. <br>    Trustee | CHAPTER 13 <br><br> NO. 18-13496 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about **August 3, 2018; Docket No. 18**.

          Respectfully submitted,

          **/s/ Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322

September 10, 2018