## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beth A. Witherite<br>    Debtor<br><br>PNC Bank, National Association<br>    Movant<br>    vs.<br><br>Beth A. Witherite<br>    Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 18-13496 MDC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion of PNC Bank, National Association for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about August 29, 2018 (Doc. No. 22).

                                Respectfully submitted,

                                **/s/ Rebecca A. Solarz, Esquire**
                                Rebecca A. Solarz, Esquire
                                Attorney for Movant
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322

September 25, 2018