**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Beth A. Witherite                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-13496 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                     Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
18 Apr 2023, 14:08:56, EDT

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322