United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                        Case No. 18-13496-mdc

Beth A. Witherite                                            Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                  User: admin                                                 Page 1 of 3

Date Rcvd: Jun 20, 2023                              Form ID: 138OBJ                                     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth A. Witherite, 638 Gary Lane, Norristown, PA 19401-3520 |
| 14113219 | | Comcast Cable, 202 Shoemaker Road, Pottstown, PA 19464 |
| 14113214 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14113223 | + | Jonathan Defrangesco, 638 Gary Lane, Norristown, PA 19401-3520 |
| 14113224 | | Mark J. Udren, Esquire, Woodcrest Corporate Center, 111 Woodcrest Rd., Suite 200, Cherry Hill, NJ 08003-3620 |
| 14775080 | + | PNC Bank, National Association, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14113217 | + | Email/Text: bankruptcy@rentacenter.com | Jun 21 2023 05:43:00 | AcceptanceNow, 5501 Headquarters, Plano, TX 75024-6191 |
| 14167779 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:57:27 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14167778 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:47:06 | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14113218 | + | Email/Text: bankruptcy@cavps.com | Jun 21 2023 05:43:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14113220 | + | Email/Text: bknotice@ercbpo.com | Jun 21 2023 05:43:00 | Enhanced Recovery Corporation, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 14113221 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 21 2023 05:57:22 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14113216 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 21 2023 05:43:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14113222 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 21 2023 05:43:00 | Infinity Insurance Company, c/o Credit Collection Service, P.O. Box 9134, Needham, MA 02494-9134 |
| 14113225 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 21 2023 05:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

Case 18-13496-mdc    Doc 43    Filed 06/22/23    Entered 06/23/23 00:41:01    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14774961 | ^ | MEBN | Jun 21 2023 05:38:43 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14116496 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 21 2023 05:46:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14173853 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 21 2023 05:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14113226 | + | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Quantum3 Group LLC, 12006 98th Avenue NE, #200, Kirkland, WA 98034-4218 |
| 14117063 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14635140 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 21 2023 05:43:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14113227 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 21 2023 05:43:00 | Santander Consumer USA, P.O. Box 961245, Suite 1100 N, Fort Worth, TX 76161-0244 |
| 14125774 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 21 2023 05:43:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14113228 | | Email/Text: jaxbanko@td.com | Jun 21 2023 05:43:00 | TD Auto Finance, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 14113229 | + | Email/Text: BKRMailOps@weltman.com | Jun 21 2023 05:43:00 | Weltman, Weinberg & Reis Co., 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14113215 | *+ | Beth A. Witherite, 638 Gary Lane, Norristown, PA 19401-3520 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

        on behalf of Debtor Beth A. Witherite spitofskybk@verizon.net
        spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

KENNETH E. WEST
        ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
        on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WALTER WILLIAM GOULDSBURY, III
        on behalf of Creditor PNC Bank National Association wgouldsbury@rasnj.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Beth A. Witherite

    Debtor(s)

Case No: 18−13496−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/20/23