United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-13496-mdc
Beth A. Witherite Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jun 20, 2023      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth A. Witherite, 638 Gary Lane, Norristown, PA 19401-3520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:**

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID B. SPITOFSKY
     on behalf of Debtor Beth A. Witherite spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
     on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WALTER WILLIAM GOULDSBURY, III
     on behalf of Creditor PNC Bank National Association wgouldsbury@rasnj.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jun 20, 2023 Form ID: 234 Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Beth A. Witherite

        Debtor(s)                                 Case No:18−13496−mdc

                                                       Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                       For The Court

                                                       Timothy McGrath,
                                                       Clerk of Court

Date: 6/20/23